| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>NOA E. OREN, #297100<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Tel: 916-498-5700/Fax 916-498-5710 | |

Attorney for Defendant
SOMNANG CHEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SOMNANG CHEA,<br><br>   Defendant. | Case No. 2:18-cr-123 KJM<br><br>STIPULATION AND [PROPOSED] ORDER TO SET A BRIEFING SCHEDULE FOR THE MOTION TO CONTINUE JUDGMENT & SENTENCING<br><br>DATE:   April 29, 2019<br>TIME    9:00 a.m.<br>JUDGE:  Hon. Kimberly J. Mueller |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorneys for Somnang Chea that the briefing schedule to the Motion to Continue Judgment & Sentencing (Doc. 35) is as follows:

   Government opposition to be filed on April 18, 2019;

   Reply, if any to be filed on April 25, 2019;

DATED: April 12, 2019          Respectfully submitted,

                               HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Noa E. Oren*
                               NOA E. OREN
                               Assistant Federal Defender
                               Attorneys for SOMNANG CHEA

Stipulation and Order                -1-
to Set Briefing Schedule

| | | |
|---|---|---|
| DATED: April 12, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Cameron Desmond*<br>CAMERON DESMOND<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated: April 15, 2019

                                                UNITED STATES DISTRICT JUDGE